UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GRECIA,

        Plaintiff,        16cv9691 (JGK)

- against -        ORDER

SAMSUNG ELECTRONICS AMERICA, INC.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

On September 22, 2018, Judge Sullivan, then on this Court, entered an Order in which the parties stipulated to the entry of final judgment. Thereafter, the Court of Appeals for the Federal Circuit affirmed the judgment and the mandate of that Court issued on September 26, 2019.

Therefore, the judgment of this Court having been affirmed, the Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
           December 18, 2019

                                        John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-18-19